UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SCOTT BOTKA,

        Petitioner,

-vs-                                Case No. 6:10-cv-285-Orl-35DAB

SECRETARY, DEPARTMENT OF
CORRECTIONS, FLORIDA ATTORNEY
GENERAL,

        Respondents.
_____

## ORDER OF DISMISSAL

On March 23, 2010, the Court ordered Petitioner to file an Affidavit of Indigency or pay the filing within twenty days from the date of the Order (Doc. No. 4). Further, the Court notified Petitioner that the failure to do so would result in the dismissal of the action without further notice. As of the date of this Order, Petitioner has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida, this 28th day of April 2010.

                                  MARY S. SCRIVEN
                                  UNITED STATES DISTRICT JUDGE

Copies to:
sa 4/20
Scott Botka