UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SCOTT BOTKA,

    Petitioner,

v.                                      Case No. 6:10-cv-285-Orl-35DAB

SECRETARY, DEPARTMENT OF
CORRECTIONS, FLORIDA ATTORNEY
GENERAL,

    Respondents.
_____/

## ORDER

The Court previously dismissed this case on April 28, 2010, because Petitioner failed to timely file an Affidavit of Indigency or pay the filing (Doc. No. 5). However, the record now reflects that Petitioner actually paid the filing on April 5, 2010.

Accordingly, it is now **ORDERED** as follows:

1. The Court's Order of Dismissal (Doc. No. 5) is hereby **VACATED**.

2. The Clerk of the Court is directed to reopen this case.

**DONE AND ORDERED** in Orlando, Florida, this 12th day of May 2010.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
sa 4/20
Scott Botka